# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2020

158305-6
158307-8

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* RELIABILITY PLANS OF ELECTRIC
UTILITIES FOR 2017-2021.
_____

ASSOCIATION OF BUSINESSES
ADVOCATING TARIFF EQUITY,
      Appellee,

v

CONSUMERS ENERGY COMPANY,
      Appellant,
and

MICHIGAN PUBLIC SERVICE
COMMISSION, ENERGY MICHIGAN, INC.,
and MICHIGAN ELECTRIC AND GAS
ASSOCIATION,
      Appellees.
_____

SC: 158305
COA: 340600
MPSC: 00-018197

ENERGY MICHIGAN, INC.,
      Appellee,

v

CONSUMERS ENERGY COMPANY,
      Appellant,
and

MICHIGAN PUBLIC SERVICE
COMMISSION and MICHIGAN ELECTRIC
AND GAS ASSOCIATION,
      Appellees.
_____/

SC: 158306
COA: 340607
MPSC: 00-018197

ASSOCIATION OF BUSINESSES
ADVOCATING TARIFF EQUITY,
      Appellee,

v

MICHIGAN PUBLIC SERVICE
COMMISSION,
        Appellant,
and

CONSUMERS ENERGY COMPANY,
ENERGY MICHIGAN, INC., and
MICHIGAN ELECTRIC AND GAS
ASSOCIATION,
        Appellees.

SC: 158307
COA: 340600
MPSC: 00-018197

_____

ENERGY MICHIGAN, INC.,
        Appellee,

v

MICHIGAN PUBLIC SERVICE
COMMISSION,
        Appellant,
and

CONSUMERS ENERGY COMPANY and
MICHIGAN ELECTRIC AND GAS
ASSOCIATION,
        Appellees.

SC: 158308
COA: 340607
MPSC: 00-018197

_____/

On order of the Court, the motion for rehearing of the Court's April 2, 2020 opinion is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2020



Clerk

t0520